# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 17-3757-RGK (PLAx)** | Date | May 19, 2017 |
|---|---|---|---|
| Title | ***ARYN NELSON v. TARGET, et al*** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER REMANDING CIVIL ACTION TO SUPERIOR COURT**

Upon review of Defendant's Notice of Removal and Plaintiffs' Complaint, the Court remands this action on the ground that it was removed improvidently and without jurisdiction.

**IT IS SO ORDERED.**

                                 :     

Initials of Preparer